```
QUIN DENVIR, Bar #49374
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MAURICIO PIMENTEL-ORTIZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) | Case No. CR.S-05-0107-EJG |
| Plaintiff, ) ) | **STIPULATION AND ORDER** |
| v. ) ) | DATE: June 3, 2005 |
| MAURICIO PIMENTEL-ORTIZ, ) ) | TIME: 10:00 a.m. |
| Defendant. ) ) ) | JUDGE: Hon. Edward J. Garcia |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, MAURICIO PIMENTEL-ORTIZ, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the trial confirmation hearing set for May 20, 2005 and the jury trial set for June 6, 2005 be vacated and a status conference be set for Friday, June 3, 2005 at 10:00 a.m.

This continuance is being requested because the defense received a copy of Mr. Pimentel-Ortiz's pre-plea presentence report and a proposed plea agreement this week, but defense counsel has been unable to discuss the documents with Mr. Pimentel-Ortiz because the Spanish-language interpreter for the Federal Defender's Office is out of town. Defense counsel has tried to hire an independent Spanish interpreter to

1  read the documents to her client this week, but has been unable to find
2  an available interpreter.
3      Speedy trial time is to be excluded from the date of this order
4  through the date of the status conference set for June 3, 2005,
5  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
6  prepare] (Local Code T4).

DATED: May 18, 2005.    Respectfully submitted,

    QUIN DENVIR
    Federal Defender

    /s/ Rachelle Barbour
    _____
    RACHELLE BARBOUR
    Assistant Federal Defender
    Attorney for Defendant
    MAURICIO PIMENTEL-ORTIZ


    McGREGOR SCOTT
    United States Attorney


    /s/ Rachelle Barbour for
DATED: May 18, 2005.   _____
    JASON HITT
    Assistant U.S. Attorney

**O R D E R**

    **IT IS SO ORDERED.**

DATED: May <u>18</u>, 2005.   <u>/s/ Edward J. Garcia</u>
    EDWARD J. GARCIA
    UNITED STATES DISTRICT JUDGE